**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:

ROBERT EARL BROWN,  Case No. 05-35004-LMK

    Debtor  Chapter 13

_____/

**ORDER OVERRULING WELLS FARGO'S OBJECTION TO CONFIRMATION**

THIS MATTER came on for hearing on May 25, 2006, upon the Objection of Wells Fargo Financial to confirmation of the Debtor's Second Amended Chapter 13 Plan. For the reasons set forth in the Memorandum of Opinion issued simultaneously herewith, it is hereby

ORDERED and ADJUDGED that Wells Fargo's Objection is OVERRULED.

DONE AND ORDERED at Tallahassee, Florida this ___18th___ day of July, 2006.

_____
LEWIS M. KILLIAN JR.
U.S. Bankruptcy Judge

cc:     All parties in interest.